In the Matter of WILLIAM McGOWAN, Appellant, against
HENRY E. BRUCKMAN et al., Constituting the State
Liquor Authority, Respondents.

Submitted November 15, 1937; decided November 16, 1937.

*William H. Ticho* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion, unless appellant files and
serves undertaking and pays ten dollars costs within
ten days, in which event the motion is denied.